United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS  **FILED**

## FOR THE FIFTH CIRCUIT

February 26, 2007

Charles R. Fulbruge III
Clerk

_____

No. 05-11151

_____

D.C. Docket No. 3:00-CV-913

KAREN JO BARROW

        Plaintiff - Appellant

  v.

GREENVILLE INDEPENDENT SCHOOL DISTRICT; ET AL

        Defendants

GREENVILLE INDEPENDENT SCHOOL DISTRICT

        Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: **APR 2 0 2007**

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Ulinia R. Martin_
Deputy
**APR 2 0 2007**

New Orleans, Louisiana

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 7 2007

CLERK, U.S. DISTRICT COURT

By _____
Deputy

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**



April 20, 2007

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242

No. 05-11151 Barrow v. Greenville ISD
     USDC No.  3:00-CV-913

Enclosed, for the district court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's
opinion.

Record/original papers/exhibits to be returned.

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                          *Gina Randazzo Martin*

                          By: _____
                              Gina Randazzo Martin, Deputy Clerk
                              504-310-7687

cc: (letter only)
    Honorable Sidney A Fitzwater
    Mr William Charles Bundren
    Mr Dennis J Eichelbaum

P.S. to Judge Fitzwater:  A copy of the opinion was sent to your
office via email the day it was filed.


MDT-1